**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**HUNTER POTTS**                                                                    **PLAINTIFF**
**#280480**

**V.**                                        **NO. 4:26-cv-00191-JM**

**PULASKI COUNTY, *et al*.**                                           **DEFENDANTS**

## ORDER

*Pro se* plaintiff Hunter Potts has filed a motion asking the Court to: (1) voluntarily dismiss the claims raised in this lawsuit; and (2) provide him copies of certain docket entries. *Doc. 21*. For good cause, the motion (*Doc. 21*) is GRANTED.

 IT IS THEREFORE ORDERED THAT:

1.      The Court withdraws the referral to U.S. Magistrate Judge Edie R. Ervin.

2.      Mr. Potts' motion (*Doc. 21*) is GRANTED.

3.      Mr. Potts' claims are DISMISSED, without prejudice.

4.      The Clerk is instructed to provide Mr. Potts copies of docket entries #10, #11, #12, #14, and #18.

5.      An in forma pauperis appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

6.      The Clerk is instructed to close this case.

IT IS SO ORDERED this 10th day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE